1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6488

7 | Fax: (415) 436-7234

8 | Attorneys for the United States

**FILED**

DEC 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**MEJ**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 07 70741 |
| Plaintiff, | |
| v. | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| VICTOR ALCANTAR-AREVALOS, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on December 11, 2007, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon a Petition by U.S. Probation (copy attached) pending in the Southern District of California, Case Number CR 03-03006-001 LAB. In that case, the defendant is charged with violations of his supervised release following a conviction of Title 18, United States Code, Sections 1001, False Statement to a Federal Officer.

Respectfully Submitted,

SCOTT N. SCHOOLS
United States Attorney

Date: 12/12/07

DEREK R. OWENS
Assistant United States Attorney

AO 442

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

17033-359
2/05/80

UNITED STATES OF AMERICA
v.
Victor Alcantar-Arevalos

**WARRANT FOR ARREST**

CASE NUMBER: 03cr3006-LAB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Victor Alcantar-Arevalos____
                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition
                                                                              ☐ Pretrial Violation

charging him or her with (brief description of offense)

RECEIVED JUL - 6 2007 at 10

In violation of Title ____See Above____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                     Clerk of the Court
Name of Issuing Officer                    Title of Issuing Officer

s/V. Perez                                 7/6/07 San Diego, CA
Signature of Deputy                        Date and Location

Bail fixed at $ ____No Bail____  by  The Honorable Larry A. Burns
                                     Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Class I "D"                  CASERTA              DUE 7/11

PROB 12C(d)
(03/06)

June 29, 2007

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 07 JUL -6 AM 8:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDL DEPUTY

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Victor ALCANTAR-Arevalos (Spanish)     **Dkt No.:** 03-CR-3006-001-LAB

**Reg. No.:** 17033-359

**Name of Sentencing Judicial Officer:** The Honorable Larry A. Burns, U.S. District Judge

**Date of Sentence:** January 5, 2004

**Original Offense:** 18 U.S.C § 1001, False Statement to a Federal Officer, a Class D felony

**Sentence:** 12 months custody; three years supervised release. *(Special Conditions: not enter the United States illegally; if deported not reenter the United States illegally. Supervision waived upon deportation.)*

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** September 24, 2004

**Asst. U.S. Atty.:** Joseph H. Huynh     **Defense Counsel:** Harold Murray (Appointed)
(619) 575-3107

**Prior Violation History:** None.

---

### PETITIONING THE COURT

**TO ISSUE A NO-BAIL BENCH WARRANT**

PROB 12C(d)

| | |
|---|---|
| Name of Offender: Victor ALCANTAR-Arevalos | June 29, 2007 |
| Docket No.: 03-CR-3006-001-LAB | Page 2 |

The probation officer believes that the offender has violated the following conditions of supervision:

| **CONDITIONS** | | **ALLEGATIONS OF NONCOMPLIANCE** |
|---|---|---|
| **(Mandatory Condition)** Not commit another federal, state, or local crime. *(nv1)* | 1. | On April 9, 2007, Mr. Alcantar-Arevalos was found in the United States illegally, subsequent to deportation, in violation of 8 U.S.C. § 1326, as evidenced by the complaint filed in Kern County, California, Superior Court, Case BM709542A. |
| | 2. | On April 9, 2007, Mr. Alcantar-Arevalos was arrested for operating a motor vehicle under the influence, in violation of California Vehicle Code § 23152(A), as evidenced by the complaint filed in Kern County, California, Superior Court, Case BM709542A. |
| **(Special Condition)** If deported, or returned to Mexico, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States. *(nv35)* | 3. | On April 9, 2007, Mr. Alcantar-Arevalos was found in the United States illegally subsequent to deportation, as evidenced by the complaint filed in Kern County, California, Superior Court, Case BM709542A. |

***Grounds for Revocation***: As to allegations 1, 2, and 3, I received and reviewed the California Highway Patrol, Bakersfield, California, Citation No. 81796DC report, and the complaint filed in Kern County, California, Superior Court Case BM709542A, which confirm the following: On the above date, Mr. Alcantar-Arevalos was stopped by the California Highway Patrol for driving in an erratic manner. Upon contact the officer could detect the odor of alcohol on the offender's breath. Due to the offender's state of intoxication, no physical field sobriety tests were given, and he was taken into custody for allegedly driving under the influence of alcohol. Mr. Alcantar-Arevalos was released from custody later the same day.

On April 20, 2007, a two-count misdemeanor complaint was filed in Kern County, California, Superior Court, Case BM709542A, charging the offender with Count One: Operating a Motor Vehicle Under the Influence, in violation of California Vehicle Code § 23152(A); and Count Two: Operating a Motor Vehicle Without a Valid Driver's License, in violation of California Vehicle Code 12500(A). On May 2, 2007, the offender failed to appear in Kern County Superior and a bench warrant was issued for his arrest.

PROB 12C(d)

Name of Offender: Victor ALCANTAR-Arevalos          June 29, 2007
Docket No.: 03-CR-3006-001-LAB          Page 3

**U.S. Probation Officer Recommendation:** If found in violation, that supervised release be revoked and the offender be sentenced to 21 months custody, consecutive to any sentence he may be serving, pursuant to USSG §7B1.3(f), p.s. (An Expanded Violation Worksheet, 12CW(d), has been attached for the Court's review.)

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: June 29, 2007

Respectfully submitted:          Reviewed and approved:

by _____       _____
Peter Nover                      Julia Jauregui
U.S. Probation Officer          Supervising U.S. Probation Officer
(619) 557-5759

Attachments

---

**THE COURT ORDERS:**

✓    A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

_____ Other _____

_____          7-5-07
The Honorable Larry A. Burns          Date
U.S. District Judge