UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov



Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 17, 2007

Office of the Clerk
U.S. District Court
Southern District of California
940 Front Street
San Diego, CA 92101

FILED
JAN - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:     US v Alcantar-Arevalos
Case Number:   3-07-70741 MEJ
Charges:       18:3583 Supervised Release Violation

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Maria-Elena James. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *[signature]*
Case Systems Administrator

Enclosures
cc: Financial Office

----

Receipt of the above-described documents is acknowledged herewith and assigned case number:

__03cr3006 LAB__.

Date: __1-2-08__

CLERK, U.S. DISTRICT COURT

By *[signature]*
Deputy Clerk